Certificate Number: 05781-GAS-DE-041305972

Bankruptcy Case Number: 26-10480

05781-GAS-DE-041305972

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 10, 2026, at 5:10 o'clock AM PDT, Adrian Dantignac completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Georgia.

Date: August 10, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President